# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-1258

_____

Sheryl H. McKinney, as parent and           *
next friend of Christy R. McKinney,          *
                                             *
         Plaintiff,                          *
                                             *
       v.                                    *  Appeal from the United States
                                             *  District Court for the
Bridgestone/Firestone, Inc.; Ford            *  Western District of Arkansas.
Motor Company,                               *
                                             *  [UNPUBLISHED]
         Defendants,                         *
                                             *
St. Edward Mercy Medical Center,             *
                                             *
         Movant,                             *
                                             *
Joey McCutchen,                              *
                                             *
         Movant - Appellant,                 *
                                             *
Richardson, Stoops, Richardson &             *
Ward,                                        *
                                             *
         Movant - Appellee.                  *

_____

Submitted: July 5, 2002
Filed: July 23, 2002

_____

Before LOKEN, BEAM, and RILEY, Circuit Judges.

_____

PER CURIAM.

In this diversity tort action, attorney Joey McCutchen appeals from the district court's[1] adverse grant of summary judgment as to his Arkansas attorney-lien claim. See Ark. Code Ann. § 16-22-304 (Michie 1999).  Upon de novo review, see First Bank of Marietta v. Hogge, 161 F.3d 506, 510 (8th Cir. 1998), we affirm for the reasons stated by the district court, see 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.